# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2010

Marilyn Kelly,
Chief Justice

140384

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 140384
COA: 287034
Ingham CC: 08-000412-AR

SIRDAREAN ADAMS,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and CORRIGAN, JJ., would remand this case to the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2010

_____
Clerk

s0622